Cliffside Park Mortgage Company, respondent,

*v.*

City of Englewood et al., appellants.

[Decided February 2d, 1934.]

*Messrs. Winne & Banta*, for the respondent.

*Messrs. Mackay & Mackay*, for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported in *113 N. J. Eq. 146*.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Kays, Hetfield, Dear, Wells, Dill, JJ. 14.

*For reversal*—None.